NATHAN S. JONAS, Respondent, v. STAR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

LENA KOPPELMAN, Respondent, v. WILLIAM SONEN, Appellant.— Order reversed, with costs, and verdict unanimously reinstated, with costs, upon the ground that the verdict was not against the weight of the evidence. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JULIUS KOPPELMAN, Respondent, v. WILLIAM SONEN, Appellant.— Order reversed, with costs, and verdict unanimously reinstated, with costs, upon the ground that the verdict was not against the weight of the evidence. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ABRAHAM KOPPELMAN, Respondent, v. WILLIAM SONEN, Appellant.— Order reversed, with costs, and verdict unanimously reinstated, with costs, upon the ground that the verdict was not against the weight of the evidence. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

OWEN J. McGOWAN, Respondent, v. ELEANORE L. LASSOE and CAROLINE BATEMAN, Appellants, and Another, Defendants.— Judgment and order reversed, and new trial granted, with costs to abide the event, on the ground that plaintiff was not the procuring cause of the sale, that the property was not sold pursuant to the terms of his employment as broker, and that his agency on the original terms was terminated before the sale. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

NELLIE O'ROURKE, Respondent, v. JOHN RANKIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE GINSBERG, Appellant.— Judgment of conviction of the Court of Special Sessions, Borough of Queens, reversed, and defendant discharged. There was no evidence that the alleged dangerous weapons were in the possession of the defendant. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUST SMALL, Respondent, v. JOHN P. LEO and Others, Constituting the Board of Appeals for the City of New York, Created by Chapter 503, Laws of 1916,* and LIBERTY-WYONA COMPANY, INC., Appellants.— Order affirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.